1  Joel E. Tasca
   Nevada Bar No. 14124
2  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
4  Facsimile:  702.471.7070
   tasca@ballardspahr.com
5
   *Attorneys for Defendant*
6  *Discover Bank*

7

8

9

10                  UNITED STATES DISTRICT COURT

11                        DISTRICT OF NEVADA

12  CAROL ANN BUCK, an individual,          CASE NO.  2:21-cv-1874-GMN-EJY

13          Plaintiff,                       **STIPULATION AND ORDER TO
                                             EXTEND TIME FOR DISCOVER BANK**
14  v.                                       **TO RESPOND TO PLAINTIFF'S
                                             COMPLAINT**
15  DISCOVER BANK, a foreign corporation;
    MIDLAND CREDIT MANAGEMENT,               (Second Request)
16  INC., a foreign corporation; EQUIFAX
    INFORMATION SOLUTIONS, INC., a
17  foreign corporation, and TRANS UNION
    LLC, a foreign limited liability company,
18
            Defendants.
19

20

21          Defendant Discover Bank's response to Plaintiff Carol Ann Buck's complaint

22  currently is due January 3, 2022.  Discover Bank has requested, and Plaintiff has

23  agreed, that Discover Bank has up to and including January 17, 2022 to respond to

24  Plaintiff's complaint, to provide time for Discover Bank to investigate Plaintiff's

25  allegations and for the parties to discuss a potential early resolution of the claims

26  asserted against Discover Bank.

27
                        *[Continued on following page.]*
28

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

DMFIRM #401169546 v1

1       This is the first request for such an extension, and it is made in good faith and

2   not for purposes of delay.

3   Dated:  December 29, 2021

4   BALLARD SPAHR LLP                    COGBURN LAW

5

6   By:  /s/ *Joel Tasca*               By:  /s/  Erik W. Fox
    Joel E. Tasca                     Jamie S. Cogburn, Esq.

7   Nevada Bar No. 14124            Nevada Bar No. 8409
    1980 Festival Plaza Drive, Suite 900     Erik W. Fox, Esq.

8   Las Vegas, Nevada 89135         Nevada Bar No. 8804
                                2580 St. Rose Pkwy., Suite 330

9   *Attorneys for Defendant Discover Bank*   Henderson, Nevada 89074
                                (702) 748-7777

10                              jsc@cogburncares.com
                           ewf@cogburncares.com

11                              *Attorneys for Plaintiff*

12

13

14                           **ORDER**

15                         IT IS SO ORDERED:

16

17                         UNITED STATES MAGISTRATE JUDGE

18

19                         DATED:  December 29, 2021

20

21

22

23

24

25

26

27

28

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070