**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com

COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CAROLE ANN BUCK,<br><br>             Plaintiff,<br><br>v.<br><br>DISCOVER BANK, MIDLAND CREDIT MANAGEMENT, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC,<br><br>             Defendants. | Case No. 2:21-cv-01874-GMN-EJY<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Carole Ann Buck ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On October 11, 2021, Plaintiff filed her Complaint.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is January 5, 2022.  Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.  This Joint Motion is made in good faith and not for the purposes of delay.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including January 14, 2022.  This is the

5354867.1

1

second for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 30th day of December 2021.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
**JENNIFER BERGH**
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
*Counsel for Trans Union LLC*

**COGBURN LAW OFFICES**

*/s/ Erik Fox*
**JAMIE S. COGBURN**
Nevada Bar No. 8409
**ERIK W. FOX**
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
(702) 748-7777
(702) 966-3880 Fax
jsc@cogburncares.com
ewf@cogburncares.com
*Counsel for Plaintiff*

## ORDER

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated this 3rd day of January, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

5354867.1

2