Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorneys for Defendant Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROL ANN BUCK, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>DISCOVER BANK, a foreign corporation; MIDLAND CREDIT MANAGEMENT, INC., a foreign corporation; EQUIFAX INFORMATION SOLUTIONS, INC., a foreign corporation, and TRANS UNION LLC, a foreign limited liability company,<br><br>  Defendants. | CASE NO. 2:21-cv-1874-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Third Request) |

Defendant Discover Bank's response to Plaintiff Carol Ann Buck's complaint currently is due January 17, 2022. Discover Bank has requested, and Plaintiff has agreed, that Discover Bank has up to and including January 31, 2022 to respond to Plaintiff's complaint, to provide time for Discover Bank to investigate Plaintiff's allegations and for the parties to continue to discuss potential early resolution of the claims asserted against Discover Bank.

*[Continued on following page.]*

     This is the third request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: January 12, 2022

| BALLARD SPAHR LLP | COGBURN LAW |
|---|---|
| By: /s/ *Joel E. Tasca*<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Discover Bank* | By: /s/ Jamie S. Cogburn<br>Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>2580 St. Rose Pkwy., Suite 330<br>Henderson, Nevada 89074<br>(702) 748-7777<br>jsc@cogburncares.com<br>ewf@cogburncares.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 12, 2022