1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

7

8                       **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  CAROLE ANN BUCK, an individual, | Case Number: |
| 11                  Plaintiff, | 2:21-cv-01874-GMN-EJY |
| 12       vs. | |
| 13  DISCOVER BANK, a Foreign Corporation; MIDLAND CREDIT MANAGEMENT, INC., a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company, | **JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT DISCOVER BANK ONLY** |
| 17                  Defendants. | |

19      Plaintiff, Carole Ann Buck ("Plaintiff") and Defendant, Discover Bank, by and through

20 their respective attorneys of record, request that the above-captioned matter be dismissed

21 . . .

22 . . .

23 . . .

24 . . .

1  with prejudice as to Defendant Discover Bank only, pursuant to FRCP 41(a)(2).  Each party shall
2  bear its own attorney fees and costs incurred herein.
3  Dated this 17th day of March, 2022.                    Dated this 17th day of March, 2022.
4  COGBURN LAW                                            BALLARD SPAHR LLP

5  By: */s/Erik W. Fox*                                   By: */s/Joel E. Tasca*
      Jamie S. Cogburn, Esq.                           Joel E. Tasca Esq.
6     Nevada Bar No. 8409                               Nevada Bar No. 14124
      Erik W. Fox, Esq.                                 1980 Festival Plaza Drive, Suite 900
7     Nevada Bar No. 8804                               Las Vegas, NV 89135
      2580 St. Rose Parkway, Suite 330               *Attorneys for Discover Bank*
8     Henderson, Nevada 89074
      *Attorneys for Plaintiff*

11  **IT IS SO ORDERED.**

12  Dated this  22  day of March, 2022.

14  _____
15  Gloria M. Navarro, District Judge
    UNITED STATES DISTRICT COURT