COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROLE ANN BUCK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER BANK, a Foreign Corporation; MIDLAND CREDIT MANAGEMENT, INC., a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number:<br>2:21-cv-01874-GMN-EJY<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |

Plaintiff, Carole Ann Buck ("Plaintiff") and Defendant, Trans Union LLC, by and through their respective attorneys of record, request that the above-captioned matter be dismissed

. . .

. . .

. . .

. . .

with prejudice as to Defendant Trans Union LLC only, pursuant to FRCP 41(a)(2).  Each party shall bear its own attorney fees and costs incurred herein.

| | |
|---|---|
| Dated this 31st day of March, 2022. | Dated this 31st day of March, 2022. |
| COGBURN LAW | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. |
| By: */s/Erik W. Fox* <br> Jamie S. Cogburn, Esq. <br> Nevada Bar No. 8409 <br> Erik W. Fox, Esq. <br> Nevada Bar No. 8804 <br> 2580 St. Rose Parkway, Suite 330 <br> Henderson, Nevada 89074 <br> *Attorneys for Plaintiff* | By: */s/Rachael Swernofsky* <br> Rachael Swernofsky, Esq. <br> Nevada Bar No. 15465 <br> 6900 N. Dallas Parkway, Suite 800 <br> Plano, Texas 75024 <br> *Attorneys for Trans Union LLC* |

**IT IS SO ORDERED.**

Dated this   1   day of April, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT