COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLE ANN BUCK, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>DISCOVER BANK, a Foreign Corporation; MIDLAND CREDIT MANAGEMENT, INC., a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>  Defendants. | Case Number:<br>2:21-cv-01874-GMN-EJY<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Carole Ann Buck ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned

matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 16th day of May, 2022.　　　　　　　Dated this 16th day of May, 2022.

COGBURN LAW　　　　　　　　　　　　　　CLARK HILL PLLC

By: */s/Erik W. Fox*　　　　　　　　　　　　　　By: */s/Gia N. Marina*
　　Jamie S. Cogburn, Esq.　　　　　　　　　　　　Gia N. Marina, Esq.
　　Nevada Bar No. 8409　　　　　　　　　　　　Nevada Bar No. 15276
　　Erik W. Fox, Esq.　　　　　　　　　　　　　　3800 Howard Hughes Parkway, Suite 500
　　Nevada Bar No. 8804　　　　　　　　　　　　Las Vegas, NV 89169
　　2580 St. Rose Parkway, Suite 330　　　　　　　*Attorney for Equifax Information Services*
　　Henderson, Nevada 89074　　　　　　　　　　*LLC*
　　*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case.

Dated this  18  day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT